UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SERJIO CURIEL, SR.,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.

                                     /

NO. CR. S-05-113 LKK

O R D E R

The court is in receipt of the defendant's request for a copy of his transcript for the purposes of pursuing his motion under 28 U.S.C. § 2255, in which he moves to vacate, set aside or correct the sentence issued by the court on April 17, 2007. A petitioner in forma pauperis moving under 28 U.S.C. § 2255 is entitled to a copy of his transcript at the expense of the United States upon a showing that his petition is not frivolous but presents a substantial question. 28 U.S.C. § 753(f).

Here, the defendant-petitioner has filed a skeletal petition under § 2255, which he seeks to amend. His petition alleges several

1

1  substantial Constitutional questions and therefore does not appear
2  frivolous. His request for a transcript at the expense of the
3  United States is therefore GRANTED.
4      Once the Court Reporter provides the requested transcripts to
5  the Clerk, the Clerk is directed to mail them to the defendant-
6  petitioner.
7      IT IS SO ORDERED.
8      DATED: May 29, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT